IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-03-18 (1) |
| | § | C.A. No. C-05-298 |
| JOEL GARCIA-GONZALEZ, | § | |
| | § | |
| Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Joel Garcia-Gonzalez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 22nd day of June, 2005.

_____
Janis Graham Jack
United States District Judge